# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2010

139144(74)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SHARON BROOKS, Personal Representative
of the Estate of Dominique Wade, Deceased,
      Plaintiff-Appellee,

v

STARR COMMONWEALTH.
      Defendant/Cross-
      Defendant-Appellant,

and

BRIDGEWAY SERVICES, L.L.C.,
      Defendant/Cross-
      Plaintiff-Appellee.

SC: 139144
COA: 277469
Oakland CC: 2005-065114-NO

_____/

    On order of the Court, the motion for reconsideration of this Court's May 7, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

    KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant reconsideration.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

0616

                    Clerk